U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 0 8 2007

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BRIAN MITCHELL,

                         Plaintiff,

      v.                                   5:04-CV-11

ELAINE CHAO, in her official capacity as
Secretary of the United States Department
of Labor,

                         Defendant.

---

APPEARANCES:                              OF COUNSEL:

COTE, LIMPERT & VAN DYKE, L.L.P.       JOANNE VAN DYKE, ESQ.
Attorneys for Plaintiff
214 North State Street
Syracuse, New York 13203

GLENN T. SUDDABY                     CHARLES E. ROBERTS, ESQ.
UNITED STATES ATTORNEY            WILLIAM F. LARKIN, ESQ.
Attorneys for Defendant
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on May 8, 2007, in Utica, New York, it is hereby ORDERED that defendant's motion for summary judgment is DENIED.

IT IS SO ORDERED.

*[signature]*
United States District Judge

Dated: May 8, 2007
        Utica, New York.